UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cr-20923-UU

UNITED STATES OF AMERICA

v.

LANCE CANNON, VINCENT HOLTON,
and NATHANIEL STUBBS

    Defendants.
_____/

## ORDER ON MAGISTRATE'S REPORT

THIS CAUSE is before the Court upon Defendant's Lance Cannon's Motion to Sever Defendant ("Cannon") (D.E. 33); Defendant Vincent Holton's ("Holton") Motion to Sever Defendant (D.E. 37); Cannon's Motion to Sever Counts (D.E. 34); Holton's Motion to Sever Counts (D.E. 36); Defendant Nathaniel Stubbs' ("Stubbs") Joinder in Co-Defendants' Motions to Sever Counts (D.E. 49); Holton and Cannon's Motion to Dismiss the Indictment for Outrageous Government Conduct, joined by Stubbs (D.E. 38, 56); and, Cannon, Holton, and Stubbs' Joint Motion to Dismiss the Crime of Violence Prong of Count 3 of the Indictment. (D.E. 46).

THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Alicia M. Otazo-Reyes, who, on April 8, 2016, issued a Report recommending that: (1) the Motions to Sever Defendant (D.E. 33, 37) be denied, as to Cannon and Holton's request that their trial be severed from Stubbs'; and, granted, as to their alternative request that Stubbs' post-Miranda statement be redacted, subject to this Court's approval of the redaction; (2) the Motions to Sever Counts (D.E. 34, 36, 49) be held in abeyance pending the Court's *in limine* ruling on the Government's Rule 404(b) Notice; (3) the Motion to Dismiss the Indictment Part 1 (D.E. 38, 56) be denied, and the Motion to Dismiss Indictment Part 2 be held in

abeyance pending the Court's ruling on the Defendant's Amended Joint Motion for Discovery (D.E. 65); and, lastly, (4) the Motion to Dismiss the Crime of Violence Prong of Count 3 of the Indictment (D.E. 46) be denied. Defendants Holton and Stubbs timely filed objections to the Report. (D.E. 72, 76).

The Court has made a *de novo* review of Report and record herein and—except for her conclusion regarding the Motion to Sever Counts. (D.E. 34, 46, 49)—agrees with the Magistrate's recommendation and concurs in her findings. Defendants Holton and Stubbs each object to the Report's conclusions regarding the Motion to Dismiss the Indictment Part 1 (D.E. 38, 56) and Motion to Dismiss the Crime of Violence Prong of Count 3 of the Indictment. Those objections are either conclusory or reassert positions argued in the respective motions; the Report adequately addresses Stubbs' and Holton's arguments, and the Court finds it unnecessary to duplicate the Report's analysis herein.

With respect to the Motions to Sever Counts (D.E. 34, 36, 49), the Court finds that Defendants agreement to stipulate to the prior felony convictions, as indicated in their motions, will mitigate any prejudice to Defendants. Fed. R. Crim. P. 14(a). Accordingly, it is

ORDERED AND ADJUDGED that the Magistrate's Report, D.E. 23, is RATIFIED, ADOPTED, and AFFIRMED with respect to the Motions to Dismiss the Indictment Part 1 (D.E. 38, 49, 56), Motion to Dismiss Violence Prong of Count 3 (D.E. 46), Motions to Sever Defendant (D.E. 33, 37). It is further

ORDERED AND ADJUDGED that the Motions to Sever Counts (D.E. 34, 36) is DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that Defendants' Motions (34, 36, 38, 46, 49, 56) are DENIED. The Court will enter a separate order regarding the rulings from the bench at calendar call held April 27, 2016.

DONE AND ORDERED in Miami, Florida this _28th day of April, 2016.

*/s/ Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record